# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

FILED
RICHARD W. HAGEL
CLERK OF COURT

2024 JAN 11 AM 10: 35

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
EAST DIV COLUMBUS

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. |
| Plaintiff, | JUDGE |
| vs. | **INDICTMENT** |
| WILBUR EDWARD CLARK, | 18 U.S.C. § 922(g)(1) |
| | 18 U.S.C. § 924(a)(8) |
| Defendant. | **FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES:**

## COUNT ONE
### (Felon in Possession of a Firearm)

1.  On or about March 19, 2023, in the Southern District of Ohio, the defendant, **WILBUR EDWARD CLARK**, knowing he had previously been convicted of a crime or crimes punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: one Kimber Micro9 9mm Luger semi-automatic pistol bearing serial number PB0218215, said firearm having been shipped and transported in interstate or foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

## FORFEITURE ALLEGATION

2.  The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

3. Upon conviction of the offense alleged in Count One of the Indictment, the defendant, **WILBUR EDWARD CLARK**, shall forfeit to the United States in accordance with 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), all firearms and ammunition, involved in or used in such offense including, but not limited to:

- One Kimber Micro9 9mm Luger semi-automatic pistol bearing serial number PB0218215; and

- All associated ammunition.

**Forfeiture notice pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.**

**A TRUE BILL**

s/ Foreperson
**GRAND JURY FOREPERSON**

**KENNETH L. PARKER**
**UNITED STATES ATTORNEY**

_Elena V. Tuhy-Walters_
**ELENA V. TUHY-WALTERS (0065443)**
**Special Assistant United States Attorney**
**NOAH R. LITTON (0090479)**
**Assistant United States Attorney**